OPTIONAL FORM NO. 10
JULY 1973 EDITION
GSA FPMR (41 CFR) 101-11.6

UNITED STATES GOVERNMENT

# *Memorandum*

TO      :   JUDGE _____          DATE: *11-16-94*

FROM    :   MAGISTRATE *Kronenberg*

SUBJECT:    CONTRIBUTION TO EXPENSE OF APPOINTED COUNSEL

Case No. *94-2759M*

Defendant's Name *Jose Isabel Olivas-Lara*

After reviewing the Affidavit of Financial Status in this case, it is my opinion that the defendant is on the borderline of financial inability to pay.  An order of contribution towards his defense may be in order.

The defendant was advised that the appointment of counsel was made subject to an order for contribution at the discretion of the judge to whom his case would be assigned.



M-39   (7/79)

*Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan*